MARY BRADLEY, as Administratrix, etc., Appellant, *v.* NESTOR DE GORCOURIA, Respondent.

(Argued June 1, 1891; decided June 9, 1891.)

MOTION for reversal of judgment under section 1298 of the Code of Civil Procedure.

*Thomas C. Enever* for motion.

*Coudert Brothers* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.